**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
---------------------------------------------------------x

**SANJAY SOOKUL**, on behalf of himself                    Case No.: 1:23-cv-06831-KPF
and all others similarly situated,

                                   Plaintiff,              **NOTICE OF VOLUNTARY**
                                                           **DISMISSAL WITH PREJUDICE**

                    -against-

**BF SLEEP LLC**

                                   Defendant.              MEMO ENDORSED

---------------------------------------------------------x


**PLEASE TAKE NOTICE**, that the above-entitled action against all Defendants shall be

and hereby is dismissed pursuant to F.R.C.P. Rule 41(a)(1)(A)(i) with prejudice; without

costs, or disbursements, or attorneys' fees to any party.


Dated:  Jericho, New York
         November 3, 2023

                                   Respectfully Submitted,

                                   */s/Noor A. Saab*
                                   By: Noor A. Saab Esq.
                                   *Attorney for Plaintiff*
                                   380 North Broadway, Penthouse West
                                   Jericho, New York 11753
                                   Tel: 718-740-5060
                                   Email: noorasaablaw@gmail.com


Dated:      November 6, 2023           SO ORDERED.
            New York, New York

                                       *Katherine Polk Failla*

                                       HON. KATHERINE POLK FAILLA
                                       UNITED STATES DISTRICT JUDGE